# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### CIVIL ACTION NO. 5:12-CV-00116-RLV-DSC

| | |
|---|---|
| **ABSTRACT BUSINESS ADVISORS, LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **CURO HEALTH SERVICES, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Jeremy Wilson]" (document # 30) filed October 17, 2013.  For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: October 17, 2013

David S. Cayer
United States Magistrate Judge