IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| ABSTRACT BUSINESS ADVISORS, LLC<br>A Nevada limited liability company,<br>　　　　Plaintiff, | §<br>§<br>§<br>§ | Case No. 5:12-cv-0116-RLV-DSC |
| vs. | §<br>§ | |
| CURO HEALTH SERVICES, INC.<br>A Delaware corporation,<br>　　　　Defendant. | §<br>§<br>§ | |

## ORDER

This matter is before the Court on Plaintiff's Motion to file Documents Under Seal. Having reviewed the matter, the Court has concluded that Plaintiff's Motion should be GRANTED. Therefore, it is hereby ORDERED that Plaintiff may file non-redacted versions of its Brief and Appendix in Support of Its Motion for Summary Judgment under seal.

**SO ORDERED**.

Signed: December 23, 2013

David S. Cayer
United States Magistrate Judge